**JENNIFER BERGH**
Nevada Bar No. 14480
**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 560-5460
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for Trans Union LLC*

\*\*Designated Attorney for Personal Service\*\*
Kurt Bonds, Esq.
Nevada Bar No.: 6228
6605 Grand Montecito Parkway, Suite 200
Las Vegas, Nevada 89149

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL,<br><br>Plaintiff,<br><br>v.<br><br>DATA X, CORELOGIC, SKY TRAIL CASE, RAPITAL CAPITAL, EXETER FINANCE CORPORATION, and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:21-cv-01994-APG-BNW<br><br>**JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiff Judd Hall ("Plaintiff") and Defendant Trans Union LLC ("Trans Union"), by and through their respective counsel, file this Joint Motion Extending Defendant Trans Union's Time to File an Answer or Otherwise Respond to Plaintiff's Complaint.

On November 1, 2021, Plaintiff filed his Complaint. The current deadline for Trans Union to answer or otherwise respond to Plaintiff's Complaint is December 9, 2021. Trans Union's counsel will need additional time to review the documents and respond to the allegations in Plaintiff's Complaint. This Joint Motion is made in good faith and not for the purposes of delay.

Plaintiff has agreed to extend the deadline in which Trans Union has to answer or otherwise respond to Plaintiff's Complaint up to and including January 10, 2022. This is the first motion for extension of time for Trans Union to respond to Plaintiff's Complaint.

Dated this 9th day of December 2021.

**QUILLING SELANDER LOWNDS WINSLETT & MOSER, P.C.**

*/s/ Jennifer Bergh*

**JENNIFER BERGH**
Nevada Bar No. 14480
2001 Bryan Street, Suite 1800
Dallas, TX 75201
(214) 871-2100
(214) 871-2111 Fax
jbergh@qslwm.com
*Counsel for Trans Union LLC*

**KNEPPER & CLARK LLC**

*/s/ Miles N. Clark*

**MILES N. CLARK**
Nevada Bar No. 13848
5510 South Fort Apace Road, Suite 30
Las Vegas, NV 89148
(702) 856-7430
miles.clark@knepperclark.com
*Counsel for Plaintiff*

## ORDER

The Joint Motion for Extension of Time for Trans Union LLC to file an answer or otherwise respond to Plaintiff's Complaint is so ORDERED AND ADJUDGED.

Dated this 10th day of December 2021.

**UNITED STATES MAGISTRATE JUDGE**

2

5310691.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of December 2021, I electronically filed **JOINT MOTION AND ORDER EXTENDING DEFENDANT TRANS UNION LLC'S TIME TO FILE AN ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** with the Clerk of the Court using the CM/ECF system which will then send a notification of such to the following counsel of record:

David H. Krieger
dkrieger@kriegerlawgroup.com
Krieger Law Group, LLC
2850 W. Horizon Ridge Boulevard, Suite 200
Henderson, NV 89052
(702) 848-3855
and
Matthew I. Knepper
matthew.knepper@knepperclark.com
Miles N. Clark
miles.clark@knepperclark.com
Knepper & Clark LLC
5510 South Fort Apace Road, Suite 30
Las Vegas, NV 89148
(702) 856-7430
(702) 447-8048 Fax
**Counsel for Plaintiff**

                              */s/ Jennifer Bergh*
                              **JENNIFER BERGH**

5310691.1