Miles N. Clark, Esq.
Nevada Bar No. 13848
KNEPPER & CLARK LLC
5510 So. Fort Apache Rd, Suite 30
Las Vegas, NV 89148
Phone: (702) 856-7430
Fax: (702) 447-8048
Email: miles.clark@knepperclark.com

David H. Krieger, Esq.
Nevada Bar No. 9086
KRIEGER LAW GROUP, LLC
2850 W. Horizon Ridge Parkway, Suite 200
Henderson, NV 89052
Phone: (702) 848-3855, Ext. 101
Email: dkrieger@kriegerlawgroup.com

*Counsel for Plaintiff Judd J. Hall*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDD J. HALL,<br><br>Plaintiff,<br><br>v.<br><br>DATA X; CORELOGIC; SKY TRAIL CASH; RAPITAL CAPITAL; EXETER FINANCE CORPORATION; and TRANS UNION, LLC,<br><br>Defendants. | Case No. 2:21-cv-01994-APG-BNW<br><br>**JOINT MOTION BETWEEN PLAINTIFF AND DEFENDANT CORELOGIC TO FILE FIRST AMENDED COMPLAINT**<br><br>**[FIRST REQUEST]**<br><br>Complaint filed: November 1, 2021 |

Plaintiff Judd J. Hall ("Plaintiff") and Defendant CoreLogic Teletrack (incorrectly named as CoreLogic), by and through their counsel of record, hereby move jointly to amend the complaint in order to correct CoreLogic's name in this matter to its proper name Corelogic Teletrack.

/ / /

The proposed First Amended Complaint is attached hereto as Exhibit 1.

DATED: December 15, 2021.

| | |
|---|---|
| **KNEPPER & CLARK LLC** | **MCDONALD CARRANO** |
| /s/ *Miles N. Clark* | /s/ *Tara U. Teegarden* |
| Miles N. Clark, Esq.<br>Nevada Bar No. 13848<br>5510 So. Fort Apache Rd, Suite 30<br>Las Vegas, NV 89148<br>Email: miles.clark@knepperclark.com | Rory T. Kay, Esq.<br>Nevada Bar No. 12416<br>Tara U. Teegarden, Esq.<br>Nevada Bar No. 15344<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rkay@mcdonaldcarano.com<br>tteegarden@mcdonaldcarano.com |
| **KRIEGER LAW GROUP, LLC**<br>David H. Krieger, Esq.<br>Nevada Bar No. 9086<br>2850 W. Horizon Ridge Pkwy., Ste 200<br>Henderson, NV 89052 | *Counsel for Defendant*<br>*CoreLogic Teletrack (incorrectly sued as CoreLogic)* |
| *Counsel for Plaintiff Judd J. Hall* | |

### Order

IT IS ORDERED that ECF No. 10 is GRANTED. The Clerk of Court is directed to detach and separately file Ex. 1.

*Hall v. Data X et al*
*Case No. 2:21-cv-01994-APG-BNW*

**IT IS SO ORDERED**
**DATED:** 12:42 pm, December 16, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

KNEPPER & CLARK LLC
ATTORNEYS AT LAW
5510 S Fort Apache Rd, Ste 30
Las Vegas, NV 89148
(702) 856-7430

2 of 2