GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada 89169
E-mail: gmarina@clarkhill.com
Telephone: (702) 862-8300
Facsimile: (702) 862-8400
*Attorney for Defendant*
*DataX, LTD.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL, | Case No. 2:21-cv-01994-APG-BNW |
| Plaintiff, | |
| vs. | **JOINT MOTION FOR EXTENSION OF TIME FOR DATAX, LTD TO FILE ANSWER** |
| DATAX, LTD; CORELOGIC; SKY TRAIL CASH; RAPITAL CAPITAL; EXETER FINANCE CORPORATION; and TRANS UNION, LLC, | **FIRST REQUEST** |
| Defendants. | |

Defendant DataX, Ltd ("DataX") has requested an extension of time to answer, move or otherwise respond to the Complaint in this matter, to which Plaintiff has no opposition. Accordingly, pursuant to LR IA 6-2, IT IS HEREBY STIPULATED AND AGREED to by and among counsel, that DataX's time to answer, move or otherwise respond to the Complaint in this action is extended from December 31, 2021 through and including **February 1, 2022**. The request was made by DataX so that it can have an opportunity to collect and review its internal

. . .

. . .

. . .

. . .

. . .

. . .

1  files pertaining to the allegations in the Complaint, and Plaintiff approves.  This stipulation is filed
2  in good faith and not intended to cause delay.
3         Respectfully submitted, this 16th day of December, 2021.
4
5
6  CLARK HILL PLLC                                          KNEPPER & CLARK LLC
7  By:  /s/*Gia N. Marina*                                  *No opposition*
   GIA N. MARINA
8  Nevada Bar No. 15276
   3800 Howard Hughes Drive, Suite 500                      By:  /s/*Miles N. Clark*
9  Las Vegas, Nevada  89169                                 Miles N. Clark, Esq.
   E-mail: gmarina@clarkhill.com                            Nevada Bar No. 013848
10 Telephone:  (702) 862-8300                               Knepper & Clark LLC
   Facsimile:  (702) 862-8400                               5510 S. Fort Apache Rd, Suite 30
11 *Attorney for Defendant DataX, Ltd.*                     Las Vegas, NV 89148-7700
                                                            E-mail: miles.clark@knepperclark.com
12                                                          Telephone: (702) 856-7430
                                                            Facsimile: 702.447.8048
13                                                          *Attorneys for Plaintiff*
14
15
16
17 IT IS SO ORDERED:
18
19 _____
   United States Magistrate Judge
20
   DATED:  12/17/2021
21
22
23
24
25
26
27
28

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing has been served this 16th day of December, 2021, via CM/ECF, upon all counsel of record:

By: /s/*Gia N. Marina*
GIA N. MARINA
Nevada Bar No. 15276
**CLARK HILL PLLC**
3800 Howard Hughes Drive, Suite 500
Las Vegas, Nevada  89169
E-mail: gmarina@clarkhill.com
Telephone:  (702) 862-8300
Facsimile:  (702) 862-8400
*Attorney for Defendant DataX, LTD*