WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
**LITIGATOR LAW**
11830 Tevare Lane #1062
Las Vegas, Nevada 89138
Telephone: (702) 840-6982
Facsimile: (702) 224-2135
E-Mail: wschuller@litigatorlaw.com

Attorneys for Defendant,
EXETER FINANCE LLC

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| JUDD HALL,<br><br>                    Plaintiff,<br><br>vs.<br><br>DATA X; CORELOGIC; SKY TRAIL CASH; RAPITAL CAPITAL; EXETER FINANCE CORPORATION; and TRANS UNION, LLC,<br><br>                    Defendants. | CASE NO. 2:21-cv-01994-APG-BNW<br><br>**UNOPPOSED MOTION TO ENLARGE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT FOR DAMAGES (First Request)** |

Pursuant to LR IA 6-1 and LR IA 6-2, Defendant EXETER FINANCE LLC ("Exeter") hereby moves the Court to extend its deadline to answer or otherwise respond to the First Amended Complaint for Damages [ECF No. 13] ("Amended Complaint") to January 14, 2022. Plaintiff JUDD HALL has agreed to the requested extension and does not oppose the relief sought herein. The reason for the extension requested is that the current deadline falls during the upcoming holidays. This is the first motion for extension of time to answer or otherwise respond to the Amended Complaint.

Accordingly, Exeter moves the Court to enlarge the deadline to answer or otherwise respond to the Amended Complaint up to and including January 14, 2022. The relief requested in this Unopposed Motion is not sought for delay, but so that justice may be done.

1  Based on the foregoing, Exeter requests that the Court grant its Unopposed Motion,
2  extending the deadline for Exeter to answer or otherwise respond to the Amended Complaint up
3  to and including January 14, 2022.

4  DATED this 23rd day of December, 2021.

**LITIGATOR LAW**

By /s/ William D. Schuller, Esq.
WILLIAM D. SCHULLER, ESQ.
Nevada Bar No. 011271
11830 Tevare Lane #1062
Las Vegas, Nevada 89138

Attorneys for Defendant,
EXETER FINANCE LLC

**ORDER**
**IT IS SO ORDERED**

**DATED:** 12:02 pm, December 27, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5, LR IC4-1, and LR 5-1, I hereby certify that I am an employee of Litigator Law, and that on the 23rd day of December 2021, I caused to be served a true and correct copy of the foregoing **UNOPPOSED MOTION TO ENLARGE DEADLINE TO ANSWER OR OTHERWISE RESPOND TO FIRST AMENDED COMPLAINT FOR DAMAGES** in the following manner:

The Court's Electronic Filing System to all parties on the current service list.

/s/ William D. Schuller, Esq.
An Employee of LITIGATOR LAW