Rory Kay, Esq. (NSBN 12416)
Tara U. Teegarden, Esq.(NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: 702.873.4100
rkay@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Defendant CoreLogic Teletrack*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL,<br><br>         Plaintiff,<br><br>v.<br><br>DATA X; CORELOGIC TELETRACK; SKY TRAIL CASH; RAPITAL CAPITAL; EXETER FINANCE CORPORATION; and TRANS UNION LLC,<br><br>         Defendants. | Civil No. 2:21-cv-01994-APG-BNW<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br>**(First Request)** |

Defendant, CoreLogic Teletrack ("Teletrack") and Plaintiff Judd Hall ("Plaintiff"), by and through their undersigned counsel, and pursuant LR IA 6-1, submit the following stipulation to Extend Time to File Responsive Pleading up to and including January 14, 2022. In support of the stipulation, the parties state the following:

1. On December 15, 2021, Teletrack and Plaintiff submitted a Joint Motion to Amend the Complaint to substitute former Defendant CoreLogic for CoreLogic Teletrack. [ECF No. 11].

2. The Court granted the Parties' Motion, ECF No. 12, and the First Amended Complaint was filed on December 16, 2021. [ECF No. 12].

3. Pursuant to Fed. R. Civ. P. 15, Teletrack's deadline to respond to the Complaint is December 30, 2021.

4. The undersigned counsel is continuing to review and investigate the allegations in the Complaint.

5. Counsel for Plaintiff has agreed to the requested extension and the requested

extension will not impact any other deadlines in this case.

6. This is the first request to extend the deadline for Teletrack to file its responsive pleading.

7. This request for an extension of time is not intended to cause any undue delay or prejudice to any party.

8. Therefore, the parties hereby stipulate that the deadline for Teletrack to file its responsive pleading shall be extended through January 14, 2022.

DATED: December 30, 2021

| KNEPPER & CLARK LLC | McDONALD CARANO LLP |
|---|---|
| By: */s/ Miles N. Clark*<br>Miles N. Clark, Esq. (NSBN 13848)<br>5510 So. Fort Apache Road., Suite 30<br>Las Vegas, Nevada 89148<br>Miles.clark@knepperclark.com<br><br>KRIEGER LAW GROUP LLC<br>David H. Krieger, Esq. (NSBN 9086)<br>2850 W. Horizon Ridge Pkwy., Ste. 200<br>Henderson, Nevada 89052<br><br>*Counsel for Plaintiff Judd Hall* | By: */s/ Rory Kay*<br>Rory Kay, Esq. (NSBN 12416)<br>Tara U. Teegarden, Esq.(NSBN 15344)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br>rkay@mcdonaldcarano.com<br>tteegarden@mcdonaldcarano.com<br><br>*Counsel for Defendant<br>CoreLogic Teletrack* |

**ORDER**

**IT IS SO ORDERED**

**DATED:** 6:38 pm, January 03, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**