**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JUDD HALL, | Case No.: 2:21-cv-01994-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| DATAX, LTD., et al., | |
| Defendants | |

On February 11, 2022, plaintiff Judd Hall and defendant DataX, Ltd. advised the court that they had reached a settlement and would file a stipulation of dismissal within 60 days. ECF No. 30. No stipulation of dismissal has been filed. Consequently, I direct these parties to file a stipulation of dismissal or status report by June 24, 2022.

Additionally, Hall has not filed proof of service for remaining defendants Rapital Capital and Sky Trail Cash. I therefore order Hall to show cause why his claims against these defendants should not be dismissed without prejudice for failure to timely serve them.

I THEREFORE ORDER that by June 24, 2022, plaintiff Judd Hall and defendant DataX, Ltd. shall file a stipulation of dismissal or a status report. The failure to do so may result in dismissal of claims against DataX.

I FURTHER ORDER that by June 24, 2022, plaintiff Judd Hall shall show cause why his claims against defendants Rapital Capital and Sky Trail Cash should not be dismissed without prejudice for failure to timely serve them. The failure to do so may result in dismissal of the claims against those defendants.

DATED this 6th day of June, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE