# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JUDD HALL, | Case No.: 2:21-cv-01994-APG-BNW |
| Plaintiff | **Order** |
| v. | |
| DATA X, et al., | |
| Defendants | |

On June 6, 2022, I directed plaintiff Judd Hall and defendant DataX, Ltd. to file a stipulation of dismissal or status report by June 24, 2022. ECF No. 31. I advised the parties that if they did not file a stipulation, I would dismiss Hall's claims against DataX. *Id.* The parties did not file a stipulation or status report as ordered. Consequently, I dismiss Hall's claims against DataX.

I also ordered Hall to show cause why his claims against Rapital Capital and Sky Trail Cash should not be dismissed without prejudice for failure to timely serve them. *Id.* I advised Hall that failure to respond may result in dismissal of his claims against these defendants. *Id.* Hall did not respond to my order. As a result, I dismiss his claims against these two defendants without prejudice for failure to timely serve them.

I THEREFORE ORDER that plaintiff Judd Hall's claims against defendants DataX, Ltd., Rapital Capital, and Sky Trail Cash are DISMISSED. The clerk of court is instructed to close this case.

DATED this 28th day of June, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE